# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Earl C Weaver                               Case Number: 4:17CR00362-2 HEA

Name of Sentencing Judicial Officer: The Honorable Henry E. Autrey
                                      United States District Judge

Date of Original Sentence: September 27, 2018

Original Offense: Conspiracy to Commit Bank Fraud

Original Sentence: Time Served and 2 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: September 27, 2018
                                                          Expiration Date: September 26, 2020

Assistant U.S. Attorney: Gilbert C. Sison               Defense Attorney: Teneil L. Kellerman

**The following noncompliance was reported by the Probation Office in the Eastern District of Tennessee where Weaver had been residing:**

## PETITIONING THE COURT

[X]   To issue a warrant

The probation officer believes that the offender has violated the following conditions of supervision:

### Violation Number

Mandatory Condition #3: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

### Nature of Noncompliance

On November 16, 2018, Weaver submitted to a random drug test at the probation office, the results of which were positive for the use of marijuana.

When interviewed, Weaver admitted to marijuana use on November 14, 2018.

**Violation Number**

Standard Condition #2: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Nature of Noncompliance**

On October 1, 2018, Weaver was directed by the probation office to report on October 23, 2018 to attend a Job Readiness class. On October 23, 2018, Weaver failed to report as directed.

When interviewed later that day, Weaver stated that he did not attend because he had been working.

**Violation Number**

Standard Condition #2: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

Standard Condition #5: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Nature of Noncompliance**

On December 7, 2018, Weaver's grandmother contacted the probation office to report that he had been rude, disrespectful and threatening towards her. She added that he would not be allowed to continue to reside there, should that behavior continue.

On December 12, 2018, Officer Price from the Chattanooga Police Department contacted the probation office to advise that they were at Weaver's residence and had verbally instructed him to vacate the residence. Officers advised that Weaver had been threatening his grandmother and that she had contacted police to assist her in having him removed from the residence.

On December 13, 2018, Weaver reported to the probation office and was advised that his relocation request to their district was being denied. Weaver was directed to report to the probation office in the Eastern District of Missouri on December 17, 2018. Weaver acknowledged these instructions, verified the contact information of the probation office and advised he would be travelling by bus.

To date, Weaver has failed to report to the probation office in the Eastern District of Missouri or call to advise of his whereabouts.

**Violation Number**

Special Condition: You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

**Nature of Noncompliance**

On November 15, 2018, Weaver failed to report to submit to random drug screening.

When interviewed later that day, Weaver stated that he was unable to report due to lack of transportation.

**Previous Violations**

None.

Earl C Weaver
4:17CR00362-2 HEA

**U.S. Probation Officer Recommendation:**

Warrant issuance and revocation is respectfully requested at this time. Although there have not been any other instances of noncompliance previously reported, Weaver has demonstrated willful noncompliance in his failure to report as directed and drug use. As his whereabouts are presently unknown, it would appear that he does not intend to successfully complete supervised release at this time.

The Supervised Release should be
    [X] revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 08, 2019

Approved,

by _[signature]_

Timothy J. Goehring
Supervising U.S. Probation Officer
Date: January 11, 2019

Respectfully submitted,

by _[signature] L. Berry_

Lisa M. Berry
U.S. Probation Officer
Date: January 08, 2019

---

THE COURT ORDERS:

☐   No Action
☒   The Issuance of a Warrant
☐   The Issuance of a Summons
      Appearance Date:
      Appearance Time:
      Courtroom Number:
☐   Other

_[signature]_
Signature of Judicial Officer

1/11/2019
Date